

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Maria Cervantes, Individually and as Next Friend of Alek Gonzalez, and Omar Gonzalez, Individually and as Next Friend of Alek Gonzalez, Appellant

No. 06-13-00013-CV          v.

Joseph Morris McKellar, M.D., d/b/a O.B. Associates; Carter J. Moore, M.D.; Carter J. Moore, M.D., P.A.; and Titus Regional Medical Center, Appellee

Appeal from the 276th District Court of Titus County, Texas (Tr. Ct. No. 35429). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

        As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction.  Therefore, we dismiss the appeal.

        We further order that the appellant, Maria Cervantes, Individually and as Next Friend of Alek Gonzalez, and Omar Gonzalez, Individually and as Next Friend of Alek Gonzalez, pay all costs of this appeal.

                                                          RENDERED APRIL 10, 2013
                                                          BY ORDER OF THE COURT
                                                          JOSH R. MORRISS, III
                                                          CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk